IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
SEP 1 7 2015
TIMOTHY M. O'BRIEN, Clerk
By _____ Deputy

Kenneth Edward Werbach )
)
)
)
)
_____ )
(Enter above the full name of the Plaintiff(s) )
)
vs. )  Case Number: 15-9273 CM/TJJ
)
University of Arkansas )
Name )
1 University of Arkansas )
Street and number )
Fayetteville   Ar   72701 )
City      State    Zip Code )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff  Kenneth Edward Werbach

Address  730 E. 17th St. Pl., Baxter Springs, Kansas 66713

1

Michael T. Miller, Associate Dean, Academic Affairs Professor, Higher Education, College of Education & Health Professions

Claretha Hughes, Ph.D, MBA, RHRC Human Resource & Workforce Development Education

Carsten Schmidtke, PH.D, Assistant Professor of Human Resource & Workforce Development, College of Education & Health Professions

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _Cleretha Hughes_ is

employed at _University of Arkansas_

C. Additional Defendants _Michale T Miller - University of Arkansas_
_Carsten Schmidtke - University of Arkansas_
_University of Arkansas Graduate Department_

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of _Kansas_

2. The first-named defendant above is either

   a. a citizen of the State of _Arkansas_ ; or

   b. a corporation incorporated under the laws of the State of _Arkansas_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of _Arkansas_ ; or

   b. a corporation incorporated under the laws of the State of _Arkansas_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

_____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

__X__ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

__X__ 3. Other grounds (specify and state any statute which gives rise to such grounds):

Section 504 of the ADA Subpart B
General Requirements § 35.130

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

$500,000

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [X]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint?   Yes [X]   No [ ]

VII. Do you claim punitive monetary damages?   Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$73,000 Dept. of Education Student Loans @ $394/mo Interest
$300,000 Salary for 7 years
$127,000 Punitive Damages (Mental Anguish)

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [X]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

*I have exhausted all of the remediation process with the University of Arkansas with the failure of the administration to respond accurately or legally.*

IX. Related Litigation:

Please mark the statement that pertains to this case:

_____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

__X__ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*[Signature]*
Signature of Plaintiff

*Kenneth E. Werbach*
Name (Print or Type)

730 E. 17th St. Pl.
Address

Baxter Springs, Ks, 66713
City    State    Zip Code

479-616-6622
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, (Kansas City) or Topeka ), Kansas as the location for the
(circle one location)
trial in this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes or no ).
(circle one)

Signature of Plaintiff

Dated: 9-16-2015
(Rev. 8/07)

6